# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JUNE 26, 2014

### NO. 03-13-00448-CV

**Greg Fullmer and Melanie A. Rocha, Appellants**

**v.**

**360 Mortgage Group, LLC, Appellee**

### APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### DISMISSED ON APPELLANTS' MOTIONS -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on June 24, 2013. Appellants have filed motions to dismiss the appeal, and having considered the motions, the Court agrees that the motions should be granted. Therefore, the Court grants the motions and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.